# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2016 WY 91

*April Term, A.D. 2016*

**September 8, 2016**

MICHAEL ISAAC GREEN,

Appellant
(Defendant),

v.                                                    S-16-0143

THE STATE OF WYOMING,

Appellee
(Plaintiff).

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered an unconditional "no contest" plea to sexual assault in the second degree. Wyo. Stat. Ann. § 6-2-303(a)(ii). The district court imposed a sentence of 5 to 8 years. Appellant filed this appeal to challenge the district court's February 25, 2016, "Judgment and Sentence."

[¶2]    On July 14, 2016, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). The next day, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that, on or before August 29, 2016, Appellant "may file with this Court a *pro se* brief specifying the issues he would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶3]    Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Judgment and Sentence" should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Michael Isaac Green, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the district court's February 25, 2016, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶6]    **DATED** this 8th day of September, 2016.

BY THE COURT:

/s/

**E. JAMES BURKE**
**Chief Justice**